IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHRISTINE DAUGHERTY,

    Plaintiff,

v.

DESCHUTES COUNTY,

    Defendant.

Case No. 6:19-cv-00897-MK

ORDER

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 37), and the matter is now before this court on Defendant's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

    Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 37) is adopted in full. Defendant's Motion for Summary Judgment (ECF No. 17) is GRANTED in part and DENIED in part. Summary judgment is denied as to Plaintiff's claims for gender-based discrimination and whistleblower retaliation, specifically for the adverse employment actions of disclosing her employment details to the media and threatening to reinstate her under a probationary work plan. Summary judgment is granted as to all other claims. The parties have

1 –ORDER

thirty days to consent to trial before a magistrate judge. If the parties do not consent, the case will be reassigned to Judge Michael J. McShane.

IT IS SO ORDERED.

DATED this 2nd day of July, 2021.

       /s/ Michael J. McShane    
Michael McShane
United States District Judge